# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5097**                                           **September Term, 2025**

**1:25-cv-04532-UNA**

**Filed On:** August 6, 2026

Jason Christopher Long,

        Appellant

    v.

United States Department of Education, et al.,

        Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's order filed March 23, 2026, dismissing appellant's complaint be affirmed.  Upon concluding that it lacked jurisdiction over appellant's complaint, the district court properly dismissed it sua sponte.  See Fed. R. Civ. P. 12(h)(3) (a court must dismiss an action if the court determines at any time that it lacks subject matter jurisdiction); see also Klayman v. Rao, 49 F.4th 550, 552-53 (D.C. Cir. 2022); Network IP, LLC v. FCC, 548 F.3d 116, 120 (D.C. Cir. 2008); Baker v. Director, U.S. Parole Comm'n, 916 F.2d 725, 726-27 (D.C. Cir. 1990).  Appellant has raised no argument on appeal challenging the district court's jurisdictional holding, and he has therefore forfeited any such argument.  See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals

_____

**No. 26-5097** **September Term, 2025**

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

BY:    /s/
       Daniel J. Reidy
       Deputy Clerk